IN THE UNITED STATES BANKRUPTCY COURT
FOR THE       WESTERN DISTRICT OF PENNSYLVANIA

23-20396

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| **Daniel J. Adamson** | : | |
| | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | |
| **Daniel J. Adamson** | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,  __J. Allen Roth__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ J. Allen Roth**
Signature
**J. Allen Roth**
Typed Name
**805 S Alexandria St**
**Latrobe, PA 15650**
Address
**724-537-0939 Fax:724-537-5872**
Phone No.
**30347 PA**
List Bar I.D. and State of Admission

23-20396

key bank
CountrySide Plaza
Mount Pleasant, PA 15666

key bank
CountrySide Plaza
Mount Pleasant, PA 15666

One Main Financial
312 Unity Plaza
Latrobe, PA 15650