*Copy to Daniel in office 2/24/23*

*attached to E-filing 2/24/23 11:43 am*

Certificate Number: 03621-PAW-CC-036964684

03621-PAW-CC-036964684

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 9, 2022, at 9:27 o'clock AM EST, Daniel J Adamson received from Credit Card Management Services, Inc. d/b/a Debthelper.com, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: November 9, 2022     By:    /s/Kenslande Jeanbart

                           Name:  Kenslande Jeanbart

                           Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).