# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 09/24/2022 - 10/07/2022**

Deposit Date: 10-13-2022
Advice # 620666443

PAID TO

## DANIEL J ADAMSON

## $752.60

116 DAISY LN PO BOX 520     First Niagra Bank     CHECK DEPOSIT     xxxxxx9267     $752.60
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

### CURRENT PAY OVERVIEW

- Netpay
- Deductions
- Taxes

09/24 - 10/07

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 87.62 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 137.99 |
| PROTECTED PTO | 5.01 |

### CATEGORY

| Pay Category | Hourly |
|---|---|

### FEDERAL TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 78.25 | $15.0900 | $1,180.79 | $20,981.29 |
| OVERTIME EARN | | | $0.00 | $31.24 |
| PROT PTO USED | 1.00 | $15.0900 | $15.09 | $2,082.25 |
| PTO PAY | | | $0.00 | $1,935.59 |
| CO STK CONT | | | $0.75 | $10.50 |
| PTO PAYOUT | | | $0.00 | $1,327.92 |
| WRKDHRS | 78.25 | | | |
| Total | | | $1,196.63 | $26,374.04 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $1,862.10 |
| INS DENTAL * | $8.30 | $174.30 |
| INS LIFE | $5.89 | $123.69 |
| INS AD&D * | $1.29 | $27.09 |
| INS STD | $2.87 | $64.72 |
| INS LTD | $4.42 | $97.52 |
| 401K * | $11.96 | $263.60 |
| GEN 401K LOAN | $78.31 | $548.17 |
| ACCIDENT * | $0.68 | $14.28 |
| CO STK CONT | $0.75 | $10.50 |
| STOCK PURCH | $5.00 | $70.00 |
| INS VIS * | $2.76 | $57.96 |
| PA LST | $2.00 | $42.00 |
| Total | $213.03 | $3,396.18 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $101.96 | $2,352.12 |
| SOCIAL SECURITY | $67.88 | $1,502.78 |
| MEDICARE | $15.88 | $351.46 |
| PENNSYLVANIA | $33.61 | $744.12 |
| PA LOCAL TAX | $10.95 | $242.38 |
| SUI | $0.72 | $15.83 |
| Total | $231.00 | $5,208.69 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $752.60 | $17,769.17 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 10/08/2022 - 10/21/2022**

Deposit Date: 10-27-2022
Advice # 622182841

PAID TO

**DANIEL J ADAMSON**                                 **$755.10**

116 DAISY LN PO BOX 520          First Niagra Bank          CHECK DEPOSIT          xxxxxxx9267          $755.10
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

Netpay
Deductions
Taxes

10/08 - 10/21

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 88.71 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 141.24 |
| PROTECTED PTO | 2.76 |

**CATEGORY**

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 68.22 | $15.0900 | $1,029.44 | $22,010.73 |
| OVERTIME EARN | | | $0.00 | $31.24 |
| PROT PTO USED | 3.25 | $15.0900 | $49.04 | $2,131.29 |
| PTO PAY | 8.00 | $15.0900 | $120.72 | $2,056.31 |
| CO STK CONT | | | $0.75 | $11.25 |
| PTO PAYOUT | | | $0.00 | $1,327.92 |
| WRKDHRS | 68.22 | | | |
| Total | | | $1,199.95 | $27,573.99 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $1,950.90 |
| INS DENTAL * | $8.30 | $182.60 |
| INS LIFE | $5.89 | $129.58 |
| INS AD&D * | $1.29 | $28.38 |
| INS STD | $2.88 | $67.60 |
| INS LTD | $4.44 | $101.96 |
| 401K * | $11.99 | $275.59 |
| GEN 401K LOAN | $78.31 | $626.48 |
| ACCIDENT * | $0.68 | $14.96 |
| CO STK CONT | $0.75 | $11.25 |
| STOCK PURCH | $5.00 | $75.00 |
| INS VIS * | $2.76 | $60.72 |
| PA LST | $2.00 | $44.00 |
| Total | $213.09 | $3,609.27 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $102.35 | $2,454.47 |
| SOCIAL SECURITY | $68.08 | $1,570.86 |
| MEDICARE | $15.92 | $367.38 |
| PENNSYLVANIA | $33.71 | $777.83 |
| PA LOCAL TAX | $10.98 | $253.36 |
| SUI | $0.72 | $16.55 |
| Total | $231.76 | $5,440.45 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $755.10 | $18,524.27 |

All Material Walmart Confidential. © 2023

**Statement of Earnings and Deductions.**

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716, ☎ 479-273-4000

**Pay Period: 10/22/2022 - 11/04/2022**

Deposit Date: 11-10-2022
Advice # 623706078

PAID TO

**DANIEL J ADAMSON**

**$766.27**

| 116 DAISY LN PO BOX 520 NORVELT, PA 15674 | First Niagra Bank | CHECK DEPOSIT | xxxxxxx9267 | $766.27 |

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

Netpay
Deductions
Taxes

10/22 - 11/04

| | HRS |
| --- | --- |
| PTO | |
| PTO AVAILABLE | 82.93 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 142.99 |
| PROTECTED PTO | 1.01 |

| CATEGORY | |
| --- | --- |
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
| --- | --- |
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
| --- | --- |
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| REGULAR EARNING | 62.71 | $15.0900 | $946.29 | $22,957.02 |
| OVERTIME EARN | | | $0.00 | $31.24 |
| PROT PTO USED | 1.75 | $15.0900 | $26.41 | $2,157.70 |
| PTO PAY | 16.00 | $15.0900 | $241.44 | $2,297.75 |
| CO STK CONT | | | $0.75 | $12.00 |
| PTO PAYOUT | | | $0.00 | $1,327.92 |
| WRKDHRS | 62.71 | | | |
| Total | | | $1,214.89 | $28,788.88 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| INS MEDICAL * | $88.80 | $2,039.70 |
| INS DENTAL * | $8.30 | $190.90 |
| INS LIFE | $5.89 | $135.47 |
| INS AD&D * | $1.29 | $29.67 |
| INS STD | $2.91 | $70.51 |
| INS LTD | $4.49 | $106.45 |
| 401K * | $12.14 | $287.73 |
| GEN 401K LOAN | $78.31 | $704.79 |
| ACCIDENT * | $0.68 | $15.64 |
| CO STK CONT | $0.75 | $12.00 |
| STOCK PURCH | $5.00 | $80.00 |
| INS VIS * | $2.76 | $63.48 |
| PA LST | $2.00 | $46.00 |
| Total | $213.32 | $3,822.59 |

| TAX | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| FEDERAL TAX | $104.12 | $2,558.59 |
| SOCIAL SECURITY | $69.01 | $1,639.87 |
| MEDICARE | $16.14 | $383.52 |
| PENNSYLVANIA | $34.17 | $812.00 |
| PA LOCAL TAX | $11.13 | $264.49 |
| SUI | $0.73 | $17.28 |
| Total | $235.30 | $5,675.75 |

| | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| NET PAY | $766.27 | $19,290.54 |

All Material Walmart Confidential. © 2023

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 11/05/2022 - 11/18/2022**



Deposit Date: 11-23-2022
Advice # 625244706

PAID TO
**DANIEL J ADAMSON**                                 **$751.49**

116 DAISY LN PO BOX 520          First Niagra Bank          CHECK DEPOSIT          xxxxxxx9267          $751.49
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

11/05 - 11/18

| | HRS |
|---|---|
| PTO | |
| PTO AVAILABLE | 84.99 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 143.24 |
| PROTECTED PTO | 0.76 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 70.90 | $15.0900 | $1,069.88 | $24,026.90 |
| OVERTIME EARN | | | $0.00 | $31.24 |
| PROT PTO USED | 0.25 | $15.0900 | $3.77 | $2,161.47 |
| PTO PAY | 8.00 | $15.0900 | $120.72 | $2,418.47 |
| CO STK CONT | | | $0.75 | $12.75 |
| PTO PAYOUT | | | $0.00 | $1,327.92 |
| WRKDHRS | 70.90 | | | |
| **Total** | | | **$1,195.12** | **$29,984.00** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $101.78 | $2,660.37 |
| SOCIAL SECURITY | $67.78 | $1,707.65 |
| MEDICARE | $15.85 | $399.37 |
| PENNSYLVANIA | $33.56 | $845.56 |
| PA LOCAL TAX | $10.93 | $275.42 |
| SUI | $0.72 | $18.00 |
| **Total** | **$230.62** | **$5,906.37** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $2,128.50 |
| INS DENTAL * | $8.30 | $199.20 |
| INS LIFE | $5.89 | $141.36 |
| INS AD&D * | $1.29 | $30.96 |
| INS STD | $2.87 | $73.38 |
| INS LTD | $4.42 | $110.87 |
| 401K * | $11.94 | $299.67 |
| GEN 401K LOAN | $78.31 | $783.10 |
| ACCIDENT * | $0.68 | $16.32 |
| CO STK CONT | $0.75 | $12.75 |
| STOCK PURCH | $5.00 | $85.00 |
| INS VIS * | $2.76 | $66.24 |
| PA LST | $2.00 | $48.00 |
| **Total** | **$213.01** | **$4,035.60** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $751.49 | $20,042.03 |

All Material Walmart Confidential. © 2023

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 11/19/2022 - 12/02/2022**

Deposit Date: 12-08-2022
Advice # 626793409

PAID TO

**DANIEL J ADAMSON**                                    **$753.40**

| 116 DAISY LN PO BOX 520 | First Niagra Bank | CHECK DEPOSIT | xxxxxxx1483 | $753.40 |
| NORVELT, PA 15674 | | | | |

THIS IS NOT A REAL CHECK



**CURRENT PAY OVERVIEW**

■ Netpay
▒ Deductions
■ Taxes

11/19 - 12/02

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 79.06 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 143.99 |
| PROTECTED PTO | 0.01 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 62.57 | $15.0900 | $944.18 | $24,971.08 |
| OVERTIME EARN | | | $0.00 | $31.24 |
| PROT PTO USED | 0.75 | $15.0900 | $11.32 | $2,172.79 |
| PTO PAY | 16.00 | $15.0900 | $241.44 | $2,659.91 |
| CO STK CONT | | | $0.75 | $13.50 |
| PTO PAYOUT | | | $0.00 | $1,327.92 |
| WRKDHRS | 62.57 | | | |
| **Total** | | | **$1,197.69** | **$31,181.69** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $2,217.30 |
| INS DENTAL * | $8.30 | $207.50 |
| INS LIFE | $5.89 | $147.25 |
| INS AD&D * | $1.29 | $32.25 |
| INS STD | $2.87 | $76.25 |
| INS LTD | $4.43 | $115.30 |
| 401K * | $11.97 | $311.64 |
| GEN 401K LOAN | $78.31 | $861.41 |
| ACCIDENT * | $0.68 | $17.00 |
| CO STK CONT | $0.75 | $13.50 |
| STOCK PURCH | $5.00 | $90.00 |
| INS VIS * | $2.76 | $69.00 |
| PA LST | $2.00 | $50.00 |
| **Total** | **$213.05** | **$4,248.65** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $102.08 | $2,762.45 |
| SOCIAL SECURITY | $67.95 | $1,775.60 |
| MEDICARE | $15.89 | $415.26 |
| PENNSYLVANIA | $33.64 | $879.20 |
| PA LOCAL TAX | $10.96 | $286.38 |
| SUI | $0.72 | $18.72 |
| **Total** | **$231.24** | **$6,137.61** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $753.40 | $20,795.43 |

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 12/03/2022 - 12/16/2022**



Deposit Date: 12-22-2022
Advice # 628340264

PAID TO
**DANIEL J ADAMSON**

**$749.24**

116 DAISY LN PO BOX 520     First Niagra Bank     CHECK DEPOSIT     xxxxxxx1483     $749.24
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

▨ Netpay
▨ Deductions
■ Taxes

12/03 - 12/16

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 89.05 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 143.99 |
| PROTECTED PTO | 0.01 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 78.95 | $15.0900 | $1,191.36 | $26,162.44 |
| OVERTIME EARN | | | $0.00 | $31.24 |
| PROT PTO USED | | | $0.00 | $2,172.79 |
| PTO PAY | | | $0.00 | $2,659.91 |
| CO STK CONT | | | $0.75 | $14.25 |
| PTO PAYOUT | | | $0.00 | $1,327.92 |
| WRKDHRS | 78.95 | | | |
| Total | | | $1,192.11 | $32,373.80 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $2,306.10 |
| INS DENTAL * | $8.30 | $215.80 |
| INS LIFE | $5.89 | $153.14 |
| INS AD&D * | $1.29 | $33.54 |
| INS STD | $2.86 | $79.11 |
| INS LTD | $4.41 | $119.71 |
| 401K * | $11.91 | $323.55 |
| GEN 401K LOAN | $78.31 | $939.72 |
| ACCIDENT * | $0.68 | $17.68 |
| CO STK CONT | $0.75 | $14.25 |
| STOCK PURCH | $5.00 | $95.00 |
| INS VIS * | $2.76 | $71.76 |
| PA LST | $2.00 | $52.00 |
| Total | $212.96 | $4,461.61 |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $101.42 | $2,863.87 |
| SOCIAL SECURITY | $67.59 | $1,843.19 |
| MEDICARE | $15.81 | $431.07 |
| PENNSYLVANIA | $33.47 | $912.67 |
| PA LOCAL TAX | $10.90 | $297.28 |
| SUI | $0.72 | $19.44 |
| Total | $229.91 | $6,367.52 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $749.24 | $21,544.67 |

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 12/17/2022 - 12/30/2022**

Deposit Date: 01-05-2023
Advice # 629876820

**PAID TO**

**DANIEL J ADAMSON**                                    **$764.20**

116 DAISY LN PO BOX 520          First Niagra Bank          CHECK DEPOSIT          xxxxxxx1483          $764.20
NORVELT, PA 15674

THIS IS NOT A REAL CHECK



**CURRENT PAY OVERVIEW**

- Netpay
- Deductions
- Taxes

12/17 - 12/30

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 91.20 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 0.01 |

**CATEGORY**

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 71.72 | $15.0900 | $1,082.25 | $1,082.25 |
| OVERTIME EARN | 0.10 | $22.6350 | $2.26 | $2.26 |
| PTO PAY | 8.00 | $15.0900 | $120.72 | $120.72 |
| CO STK CONT | | | $0.75 | $15.00 |
| WRKDHRS | 71.82 | | | |
| **Total** | | | **$1,205.98** | **$1,205.98** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $88.80 | $88.80 |
| INS DENTAL * | $8.30 | $8.30 |
| INS LIFE | $5.89 | $5.89 |
| INS AD&D * | $1.29 | $1.29 |
| INS STD | $2.89 | $2.89 |
| INS LTD | $4.46 | $4.46 |
| 401K * | $12.05 | $12.05 |
| GEN 401K LOAN | $78.31 | $78.31 |
| ACCIDENT * | $0.68 | $0.68 |
| CO STK CONT | $0.75 | $15.00 |
| STOCK PURCH | $5.00 | $100.00 |
| INS VIS * | $2.76 | $2.76 |
| PA LST | $2.00 | $2.00 |
| **Total** | **$213.18** | **$213.18** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $98.35 | $98.35 |
| SOCIAL SECURITY | $68.46 | $68.46 |
| MEDICARE | $16.01 | $16.01 |
| PENNSYLVANIA | $33.90 | $33.90 |
| PA LOCAL TAX | $11.04 | $11.04 |
| SUI | $0.84 | $0.84 |
| **Total** | **$228.60** | **$228.60** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | **$764.20** | **$764.20** |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 12/31/2022 - 01/13/2023**

Deposit Date: 01-19-2023
Advice # 631403300

PAID TO

**DANIEL J ADAMSON**

**$756.73**

116 DAISY LN PO BOX 520     First Niagra Bank     CHECK DEPOSIT     xxxxxxx1483     $756.73
NORVELT, PA 15674

THIS IS NOT A REAL CHECK



**CURRENT PAY OVERVIEW**

▨ Netpay
▨ Deductions
■ Taxes

12/31 - 01/13

| PTO | HRS |
| --- | --- |
| PTO AVAILABLE | 101.24 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 0.01 |

**CATEGORY**

| | |
| --- | --- |
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| | |
| --- | --- |
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| | |
| --- | --- |
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| REGULAR EARNING | 79.40 | $15.0900 | $1,198.15 | $2,280.40 |
| OVERTIME EARN | 0.03 | $22.6350 | $0.68 | $2.94 |
| PTO PAY | | | $0.00 | $120.72 |
| CO STK CONT | | | $0.75 | $15.75 |
| WRKDHRS | 79.43 | | | |
| **Total** | | | **$1,199.58** | **$2,405.56** |

| TAX | | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- |
| FEDERAL TAX | | $97.10 | $195.45 |
| SOCIAL SECURITY | | $67.80 | $136.26 |
| MEDICARE | | $15.86 | $31.87 |
| PENNSYLVANIA | | $33.57 | $67.47 |
| PA LOCAL TAX | | $10.94 | $21.98 |
| SUI | | $0.84 | $1.68 |
| **Total** | | **$226.11** | **$454.71** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| INS MEDICAL * | $92.97 | $181.77 |
| INS DENTAL * | $8.29 | $16.59 |
| INS LIFE | $5.88 | $11.77 |
| INS AD&D * | $1.28 | $2.57 |
| INS STD | $2.40 | $5.29 |
| INS LTD | $4.44 | $8.90 |
| 401K * | $11.99 | $24.04 |
| GEN 401K LOAN | $78.31 | $156.62 |
| ACCIDENT * | $0.68 | $1.36 |
| CO STK CONT | $0.75 | $15.75 |
| STOCK PURCH | $5.00 | $105.00 |
| INS VIS * | $2.75 | $5.51 |
| PA LST | $2.00 | $4.00 |
| **Total** | **$216.74** | **$429.92** |

| | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| **NET PAY** | **$756.73** | **$1,520.93** |

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 01/14/2023 - 01/27/2023**



Deposit Date: 02-02-2023
Advice # 632919081

PAID TO
**DANIEL J ADAMSON**                                    **$755.39**

116 DAISY LN PO BOX 520          First Niagra Bank          CHECK DEPOSIT          xxxxxxx1483          $755.39
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

CURRENT PAY OVERVIEW



Netpay
Deductions
Taxes

01/14 - 01/27

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 79.35 | $15.0900 | $1,197.39 | $3,477.79 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PTO PAY | | | $0.00 | $120.72 |
| CO STK CONT | | | $0.75 | $16.50 |
| WRKDHRS | 79.35 | | | |
| Total | | | $1,198.14 | $3,603.70 |

| DEDUCTIONS | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| INS MEDICAL * | | $93.30 | $275.07 |
| INS DENTAL * | | $8.30 | $24.89 |
| INS LIFE | | $5.89 | $17.66 |
| INS AD&D * | | $1.29 | $3.86 |
| INS STD | | $2.39 | $7.68 |
| INS LTD | | $4.43 | $13.33 |
| 401K * | | $11.97 | $36.01 |
| GEN 401K LOAN | | $78.31 | $234.93 |
| ACCIDENT * | | $0.68 | $2.04 |
| CO STK CONT | | $0.75 | $16.50 |
| STOCK PURCH | | $5.00 | $110.00 |
| INS VIS * | | $2.76 | $8.27 |
| PA LST | | $2.00 | $6.00 |
| Total | | $217.07 | $646.99 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $96.88 | $292.33 |
| SOCIAL SECURITY | $67.69 | $203.95 |
| MEDICARE | $15.83 | $47.70 |
| PENNSYLVANIA | $33.52 | $100.99 |
| PA LOCAL TAX | $10.92 | $32.90 |
| SUI | $0.84 | $2.52 |
| Total | $225.68 | $680.39 |

| | | |
|---|---|---|
| PTO | HRS | |
| PTO AVAILABLE | 111.30 | |
| SICK AVAILABLE | 176.00 | |
| PROTECTED PTO | 0.01 | |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $755.39 | $2,276.32 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☑ 479-273-4000

**Pay Period: 01/28/2023 - 02/10/2023**

Deposit Date: 02-16-2023
Advice # 634435356

PAID TO

### DANIEL J ADAMSON

**$1,124.05**

116 DAISY LN PO BOX 520     First Niagra Bank     CHECK DEPOSIT     xxxxxxx1483     $1,124.05
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

■ Netpay
■ Deductions
■ Taxes

01/28 - 02/10

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 79.06 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 2.10 |

**CATEGORY**

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 70.68 | $15.0900 | $1,066.56 | $4,544.35 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PTO PAY | 8.00 | $15.0900 | $120.72 | $241.44 |
| CO STK CONT | | | $0.75 | $17.25 |
| PTO PAYOUT | 33.35 | $15.0900 | $503.25 | $503.25 |
| WRKDHRS | 70.68 | | | |
| **Total** | | | **$1,691.28** | **$5,294.98** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $368.37 |
| INS DENTAL * | $8.30 | $33.19 |
| INS LIFE | $5.89 | $23.55 |
| INS AD&D * | $1.29 | $5.15 |
| INS STD | $3.38 | $11.06 |
| INS LTD | $6.25 | $19.58 |
| 401K * | $16.91 | $52.92 |
| GEN 401K LOAN | $78.31 | $313.24 |
| ACCIDENT * | $0.68 | $2.72 |
| CO STK CONT | $0.75 | $17.25 |
| STOCK PURCH | $5.00 | $115.00 |
| INS VIS * | $2.76 | $11.03 |
| PA LST | $2.00 | $8.00 |
| **Total** | **$224.82** | **$871.81** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $155.47 | $447.80 |
| SOCIAL SECURITY | $98.27 | $302.22 |
| MEDICARE | $22.98 | $70.68 |
| PENNSYLVANIA | $48.66 | $149.65 |
| PA LOCAL TAX | $15.85 | $48.75 |
| SUI | $1.18 | $3.70 |
| **Total** | **$342.41** | **$1,022.80** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,124.05 | $3,400.37 |

All Material Walmart Confidential. © 2023

1/1

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 02/11/2023 - 02/24/2023**



Deposit Date: 03-02-2023
Advice # 635960347

PAID TO

**DANIEL J ADAMSON**                                          **$770.75**

116 DAISY LN PO BOX 520          First Niagra Bank          CHECK DEPOSIT          xxxxxxx1483          $770.75
NORVELT, PA 15674

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

▨ Netpay
▨ Deductions
■ Taxes

02/11 - 02/24

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 87.98 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 4.74 |

CATEGORY

| Pay Category | Hourly |
|---|---|

FEDERAL TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

STATE TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 79.14 | $15.3900 | $1,217.96 | $5,762.31 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PTO PAY | | | $0.00 | $241.44 |
| CO STK CONT | | | $0.75 | $18.00 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 79.14 | | | |
| **Total** | | | **$1,218.71** | **$6,513.69** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $461.67 |
| INS DENTAL * | $8.30 | $41.49 |
| INS LIFE | $5.89 | $29.44 |
| INS AD&D * | $1.29 | $6.44 |
| INS STD | $2.44 | $13.50 |
| INS LTD | $4.51 | $24.09 |
| 401K * | $12.18 | $65.10 |
| GEN 401K LOAN | $78.31 | $391.55 |
| ACCIDENT * | $0.68 | $3.40 |
| CO STK CONT | $0.75 | $18.00 |
| STOCK PURCH | $5.00 | $120.00 |
| INS VIS * | $2.76 | $13.79 |
| PA LST | $2.00 | $10.00 |
| **Total** | **$217.41** | **$1,089.22** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $99.33 | $547.13 |
| SOCIAL SECURITY | $68.97 | $371.19 |
| MEDICARE | $16.13 | $86.81 |
| PENNSYLVANIA | $34.15 | $183.80 |
| PA LOCAL TAX | $11.12 | $59.87 |
| SUI | $0.85 | $4.55 |
| **Total** | **$230.55** | **$1,253.35** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $770.75 | $4,171.12 |

All Material Walmart Confidential. © 2023

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☑ 479-273-4000

**Pay Period: 02/25/2023 - 03/10/2023**

Deposit Date: 03-16-2023
Advice # 637503716

**PAID TO**

## DANIEL J ADAMSON

## $784.23

116 DAISY LN PO BOX 520       First Niagra Bank        CHECK DEPOSIT        xxxxxxx1483        $784.23
NORVELT, PA 15674

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

■ Netpay
▩ Deductions
■ Taxes

02/25 - 03/10

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 89.03 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 7.41 |

**CATEGORY**

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 72.31 | $15.3900 | $1,112.85 | $6,875.16 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $364.56 |
| CO STK CONT | | | $0.75 | $18.75 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 72.31 | | | |
| **Total** | | | **$1,236.72** | **$7,750.41** |

| TAX | | | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| FEDERAL TAX | | | $101.47 | $648.60 |
| SOCIAL SECURITY | | | $70.08 | $441.27 |
| MEDICARE | | | $16.39 | $103.20 |
| PENNSYLVANIA | | | $34.70 | $218.50 |
| PA LOCAL TAX | | | $11.30 | $71.17 |
| SUI | | | $0.87 | $5.42 |
| **Total** | | | **$234.81** | **$1,488.16** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $554.97 |
| INS DENTAL * | $8.30 | $49.79 |
| INS LIFE | $5.89 | $35.33 |
| INS AD&D * | $1.29 | $7.73 |
| INS STD | $2.47 | $15.97 |
| INS LTD | $4.57 | $28.66 |
| 401K * | $12.36 | $77.46 |
| GEN 401K LOAN | $78.31 | $469.86 |
| ACCIDENT * | $0.68 | $4.08 |
| CO STK CONT | $0.75 | $18.75 |
| STOCK PURCH | $5.00 | $125.00 |
| INS VIS * | $2.76 | $16.55 |
| PA LST | $2.00 | $12.00 |
| **Total** | **$217.68** | **$1,306.90** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | **$784.23** | **$4,955.35** |

All Material Walmart Confidential. © 2023

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 03/11/2023 - 03/24/2023**

Deposit Date: 03-30-2023
Advice # 639044762

PAID TO
**DANIEL J ADAMSON**                                      **$770.08**

116 DAISY LN PO BOX 520          First Niagra Bank        CHECK DEPOSIT        xxxxxxx1483        $770.08
NORVELT, PA 15674

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

■ Netpay
■ Deductions
■ Taxes

03/11 - 03/24

| PTO | HRS |
| --- | --- |
| PTO AVAILABLE | 89.94 |
| SICK AVAILABLE | 176.00 |
| PROTECTED PTO | 10.05 |

| CATEGORY | |
| --- | --- |
| Pay Category | Hourly |

FEDERAL TAX WITHHOLDING

| Tax Method | Single |
| --- | --- |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

STATE TAX WITHHOLDING

| Tax Method | Single |
| --- | --- |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| REGULAR EARNING | 71.08 | $15.3900 | $1,093.92 | $7,969.08 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $487.68 |
| CO STK CONT | | | $0.75 | $19.50 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 71.08 | | | |
| Total | | | $1,217.79 | $8,968.20 |

| TAX | | | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| FEDERAL TAX | | | $99.22 | $747.82 |
| SOCIAL SECURITY | | | $68.91 | $510.18 |
| MEDICARE | | | $16.12 | $119.32 |
| PENNSYLVANIA | | | $34.12 | $252.62 |
| PA LOCAL TAX | | | $11.11 | $82.28 |
| SUI | | | $0.85 | $6.27 |
| Total | | | $230.33 | $1,718.49 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| INS MEDICAL * | $93.30 | $648.27 |
| INS DENTAL * | $8.30 | $58.09 |
| INS LIFE | $5.89 | $41.22 |
| INS AD&D * | $1.29 | $9.02 |
| INS STD | $2.43 | $18.40 |
| INS LTD | $4.50 | $33.16 |
| 401K * | $12.17 | $89.63 |
| GEN 401K LOAN | $78.31 | $548.17 |
| ACCIDENT * | $0.68 | $4.76 |
| CO STK CONT | $0.75 | $19.50 |
| STOCK PURCH | $5.00 | $130.00 |
| INS VIS * | $2.76 | $19.31 |
| PA LST | $2.00 | $14.00 |
| Total | $217.38 | $1,524.28 |

| | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| NET PAY | $770.08 | $5,725.43 |

All Material Walmart Confidential. © 2023

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 03/25/2023 - 04/07/2023**

Deposit Date: 04-13-2023
Advice # 640580372

PAID TO
**DANIEL J ADAMSON**                                **$782.15**

116 DAISY LN PO BOX 520       First Niagra Bank     CHECK DEPOSIT        xxxxxx1483        $782.15
NORVELT, PA 15674             Please Note: Direct Deposit funds are not available until the Deposit Date listed above on
                             this statement.

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

Netpay
Deductions
Taxes

03/25 - 04/07

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 63.38 | $15.3900 | $975.42 | $8,944.50 |
| OVERTIME EARN | | | $0.00 | $2.94 |
| PROT PTO USED | 8.75 | $15.3900 | $134.66 | $134.66 |
| PTO PAY | 8.00 | $15.3900 | $123.12 | $610.80 |
| CO STK CONT | | | $0.75 | $0.75 |
| PTO PAYOUT | | | $0.00 | $503.25 |
| WRKDHRS | 63.38 | | | |
| Total | | | $1,233.95 | $10,202.15 |

| TAX | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| FEDERAL TAX | | $101.14 | $848.96 |
| SOCIAL SECURITY | | $69.91 | $580.09 |
| MEDICARE | | $16.35 | $135.67 |
| PENNSYLVANIA | | $34.62 | $287.24 |
| PA LOCAL TAX | | $11.28 | $93.56 |
| SUI | | $0.86 | $7.13 |
| Total | | $234.16 | $1,952.65 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $93.30 | $741.57 |
| INS DENTAL * | $8.30 | $66.39 |
| INS LIFE | $5.89 | $47.11 |
| INS AD&D * | $1.29 | $10.31 |
| INS STD | $2.47 | $20.87 |
| INS LTD | $4.56 | $37.72 |
| 401K * | $12.33 | $101.96 |
| GEN 401K LOAN | $78.31 | $626.48 |
| ACCIDENT * | $0.68 | $5.44 |
| CO STK CONT | $0.75 | $0.75 |
| STOCK PURCH | $5.00 | $5.00 |
| INS VIS * | $2.76 | $22.07 |
| PA LST | $2.00 | $16.00 |
| Total | $217.64 | $1,741.92 |

| | HRS |
|---|---|
| PTO | |
| PTO AVAILABLE | 90.97 |
| SICK AVAILABLE | 176.00 |
| PROTPTOUSEDYTD | 8.75 |
| PROTECTED PTO | 3.97 |

CATEGORY
| Pay Category | Hourly |
|---|---|

FEDERAL TAX WITHHOLDING
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

STATE TAX WITHHOLDING
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $782.15 | $6,507.58 |

All Material Walmart Confidential. © 2023

1/1