IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: DANIEL J. ADAMSON, | ) | No. 23-20396-GLT |
| | ) | |
| Debtor. | ) | |
| —————————————————————— | ) | |
| DANIEL J. ADAMSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES TRUSTEE, CHARLES O ZEBLEY CHAPTER 7 TRUSTEE, KEY BANK, and ONE MAIN FINANCIAL, | ) ) ) ) | |
| Respondents. | ) | |

ORDER

AND NOW, this ___ day of _____, 2023, upon consideration of the Motion to Reopen and Vacate Dismissal, it is hereby ORDERED, ADJUDGED, and DECREED that this bankruptcy proceeding is REOPENED and the ORDER dismissing the bankruptcy is VACATED.

_____
United States Bankruptcy Judge