IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  DANIEL J. ADAMSON,              )  No. 23-20396-GLT
                                        )
            Debtor.                     )
_____ )

    I, J. Allen Roth, Esq., certify that the following parties either received notice of the filing via ECF or I mailed a true copy by First Class Mail on April 17, 2023:

Charles Zebley, Esq. (ecf)
PO Box 2124
Uniontown PA  15401

United States Trustee (ecf)
1001 Liberty Avenue Suite 970
Pittsburgh PA  15222

Key Bank (mail)
Countryside Plaza
Mt. Pleasant PA  15666

One Main Financial
312 Unity Plaza
Latrobe PA  15650

                                                                   */s/ J Allen Roth, Esq.*
                                                                   J. Allen Roth, Esq.