FILED
4/18/23 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 23-20396-GLT |
| | Chapter 7 |
| **DANIEL J. ADAMSON**. | Related Dkt. No. 12 |
| *Debtor*. | |

## ORDER DENYING MOTION

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the *Motion to Reopen and to Vacate Dismissal* [Dkt. No. 12] is **DENIED** without prejudice. Although the Debtor allegedly seeks relief under Fed.R.Bankr.P. 9024 for excusable neglect, the Court finds the request was not made in a reasonable period of time, nor does it provide convincing proof of excusable neglect. The case was dismissed over a month ago with all creditors receiving notice. The motion fails to explain why Debtor did not seek an extension of time to file his income statements or otherwise alert the Court to as to his alleged problems acquiring this information.

Dated: April 18, 2023

_____
GREGORY T. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Case Administrator to Mail to:
Debtor