FILED
4/18/23 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 23-20396-GLT |
| | : | Chapter 7 |
| **DANIEL J. ADAMSON**. | : | Related Dkt. No. 12 |
| | : | |
| *Debtor.* | : | |
| | : | |

## ORDER DENYING MOTION

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the *Motion to Reopen and to Vacate Dismissal* [Dkt. No. 12] is **DENIED** without prejudice. Although the Debtor allegedly seeks relief under Fed.R.Bankr.P. 9024 for excusable neglect, the Court finds the request was not made in a reasonable period of time, nor does it provide convincing proof of excusable neglect. The case was dismissed over a month ago with all creditors receiving notice. The motion fails to explain why Debtor did not seek an extension of time to file his income statements or otherwise alert the Court to as to his alleged problems acquiring this information.

Dated: April 18, 2023

_____
GREGORY J. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

<u>Case Administrator to Mail to:</u>
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20396-GLT |
| Daniel J. Adamson | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Daniel J. Adamson, 116 Daisy Lane, Norvelt, PA 15674 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| J. Allen Roth | on behalf of Debtor Daniel J. Adamson jallenroth@recap.email federal@jarothlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 3